# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In re:

**Mark Ernest Smith and Susan Bullard Smith**
a/k/a Susan B Davis
S.S. Nos.: xxx-xx-0998 and xxx-xx-1470
Mailing Address: 5368 Highway 87S, Sanford, NC 27332-

Case No. 10-81924

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on October 22, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: November 16, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 10/4/10
**Lastname-SS#:** Smith-0998

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Lee County taxes | 3 | House & Lot Residence |
| | Harnett County taxes | 2 | House & Lot Non Residen |
| | Wells Fargo Home Mortgage | 5 | House & Lot Residence |
| | Beneficial | 1 | House & Lot Non Residen |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Lee County taxes | | | ** |
| | Harnett County taxes | | | ** |
| | Wells Fargo Home Mortgage | | | ** |
| | Beneficial | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo Dealer Services | 4 | $20,199 | 5.00 | $143 | $427.85 | 2004 Dodge Ram 1500 |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $575 |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$465** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **6.41** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE     (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

CitiBank
Post Office Box 6500
Sioux Falls, SD 57117-6500

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Bank of America
Post Office Box 15028
Wilmington, DE 19850-5028

CitiBank
Post Office Box 6500
Sioux Falls, SD 57117

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Bank of America
Post Office Box 15026
Wilmington, DE 19850-5026

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bank One
13600 Woodale Drive
Menomonee, WI 53051

Jenna Davis
5102 Barbecue Church Road
Sanford, NC 27332

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Beneficial
ATTN: General/Managing Agent
Post Office Box 3425
Buffalo, NY 14240-9733

Federal Housing Authority
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

Experian
P.O. Box 2002
Allen, TX 75013-2002

Cary Automotive Company
81 Mackenan Drive
Cary, NC 27511

Ford Motor Credit
Post Office Box 542000
Omaha, NE 68154

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Chase
Post Office Box 15298
Wilmington, DE 19850-5298

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Chase
13600 Woodale Drive
Menomonee, WI 53051

Guaranty Bank
4000 West Brown Deer Road
Brown Deer, WI 53209

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Chase
Post Office Box 15299
Wilmington, DE 19850-5299

Harnett County Tax Collector
305 West Cornelius Harnett Blvd.
Suite 101
Lillington, NC 27546

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Jenna Davis
5102 Barbecue Church Road
Sanford, NC 27332

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Lee County Tax Collector
Post Office Box 1968
Sanford, NC 27331-1968

Lowes
Post Office Box 981400
El Paso, TX 79998

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

San Lee Security
105 West High Street
Sanford, NC 27332

Sears
Post Office Box 6282
Sioux Falls, SD 57117-6282

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Wells Fargo Dealer Services
ATTN: General/Managing Agent
Post Office Box 25341
Santa Ana, CA 92799-5341

Wells Fargo Dealer Services
ATTN: General/Managing Agent
Post Office Box 168048
Irving, TX 75016-8048

Wells Fargo Home Mortgage
ATTN: General/Managing Agent
Post Office Box 14411
Des Moines, IA 50306-3411